UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioners,                        19 **CIVIL** 1274 (ER)

   -against-                                     **JUDGMENT**

H.R.A.D. CONSTRUCTION CORP.,

                Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2020, the motion to confirm the petition is GRANTED, the underlying arbitration award is CONFIRMED, and judgment is entered in favor of the petitioners and against the respondent as follows: 1. Petitioners are awarded $3,857.95 pursuant to the November 15, 2018 arbitration award, plus interest from the date of the award through the date of judgment to accrue at the annual rate of 7% pursuant to the award, in the amount of $506.82; 2. Petitioners are awarded $70 in costs arising out of the proceeding; 3. Petitioners are awarded $607 in attorneys' fees arising out of the proceeding; and 4. Petitioners are awarded post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
           September 30, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                  **Clerk of Court**
                                  **BY:**   *K. Mango*
                                                  _____
                                                  **Deputy Clerk**